IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| ARBOR AGENCY LENDING, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:21-cv-00899-P |
| | § | |
| D4MC, LLC ET AL., | § | |
| | § | |
| Defendants. | § | |

## ORDER

Defendant D4MC, LLC removed this case—originally filed in New York state court—to the United States District Court for the Eastern District of New York. ECF No. 1. In its notice of removal, D4MC asserted that it would seek transfer to this Court before seeking a referral to the United States Bankruptcy Court for the Northern District of Texas, where D4MC, LLC had recently commenced a chapter 11 proceeding in Case No. 21-41371-elm11. *Id.* at ¶¶ 1–3. The parties all stipulated to the transfer and referral to the bankruptcy court (ECF No. 6), and the case was then transferred to this Court. ECF No. 8.

Pursuant to the parties' stipulation, it is **ORDERED** that the above-captioned case is hereby **REFERRED** and **TRANSFERRED** to the docket of United States Bankruptcy Judge Edward L. Morris in the United States Bankruptcy Court for the Northern District of Texas in connection with bankruptcy case *In re D4MC, LLC*, 21-41371-elm11.

**SO ORDERED** on this **24th day** of **August, 2021.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE